UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:08-CR-141(01)RM |
| ) | |
| JAMES WESSELL ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on December 10, 2008. Accordingly, the court ADOPTS those findings and recommendations [docket # 10], ACCEPTS defendant James Wessell's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 473.

SO ORDERED.

ENTERED:  December 31, 2008 

   /s/ Robert L. Miller, Jr.    
Chief Judge
United States District Court